UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JLB & PAINT                                                          PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:08CV315-RHW

INDUSTRIAL CORROSION CONTROL, INC.                                  DEFENDANT

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to

Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum

Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the

above-captioned matter.

It is ordered that Defendant's Motion for Summary Judgment is GRANTED and that the

Plaintiff's claims against the Defendant are DISMISSED with prejudice.

SO ORDERED, this the 22nd day of December, 2009.

s/ _Robert H. Walker_____

UNITED STATES MAGISTRATE JUDGE